Sima G. Aghai, SBN 156354
LAW OFFICES OF SIMA G. AGHAI
12362 Beach Boulevard, Suite 21
Stanton, California 90680
(714) 901-1222
(714) 901-1220 (F)
sima@aghailaw.com
Attorney for Plaintiff WYKISHIA MAYA SMITH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WYKISHIA MAYA SMITH,<br><br>          Plaintiff,<br><br>     v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>          Defendant | CASE NO.  CV 24-05203-SK<br><br>ORDER FOR AWARD OF EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND COSTS PURSUANT TO 28 U.S.C. §2412(d) |

Pursuant to the Stipulation of the parties, Plaintiff's Affidavit and Assignment of EAJA Fees, and all the files, records and proceedings in this matter, it is hereby

**ORDERED** that Plaintiff is awarded attorney fees in the total amount of **$7,407** as authorized by 28 U.S.C. § 2412.

Dated: April 9, 2025

_____
HONORABLE STEVE KIM
UNITED STATES MAGISTRATE JUDGE